**99–1152.   State v. Group.**

Mahoning C.P. No. 97CR66. This cause is pending before the court as an appeal from the Court of Common Pleas of Mahoning County. Upon consideration of appellant's motion for stay of execution set for November 23, 1999, pending disposition of his direct appeal by this court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.